# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| STEVEN J. SNEDDEN,<br>*Plaintiff*<br>v.<br>SPOKANE COUNTY AND CCO NATASHA RUDDELL,<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:14-CV-0163-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other**: Judgment is entered in favor of Defendants. The Court certifies pursuant to 28 USC 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact. Plaintiff's in forma pauperis status is revoked. The filed is CLOSED.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** THOMAS O. RICE after review of Plaintiff's First Amended Complaint (ECF No. 9).

Date: September 26, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen